UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANGELA KEPPERLING,

    Plaintiff,

vs.

ELIZABETH KEPPERLING, *et al.*,

    Defendants.

Case No. 3:19-cv-1

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

**ORDER AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (DOC. 21); (2) DISMISSING THIS CASE WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION; AND (3) CLOSING THIS CASE ON THE COURT'S DOCKET**

---

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. 21), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Accordingly, it is hereby **ORDERED** that: (1) the Report and Recommendation (Doc. 21) is **ADOPTED** in full; (2) this case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction; and (3) this case is **TERMINATED** on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, July 8, 2019.

    s/Thomas M. Rose
    _____
    THOMAS M. ROSE
    UNITED STATES DISTRICT JUDGE